JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH APODACA,<br><br>    Plaintiff,<br><br>    v.<br><br>W. Z. JENKINS, et al.,<br><br>    Defendants. | Case No. 2:23-cv-04527-MWF-PD<br><br>**ORDER DISMISSING ACTION FOR FAILUTRE TO PAY FILING FEE AND COMPLY WITH COURT ORDERS** |

    All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1). However, prisoners must still pay the filing fee but may do so through monthly installment payments if granted *in forma pauperis* status. 28 U.S.C. § 1915(b).

    On June 8, 2023, Plaintiff, a federal detainee housed at the Metropolitan Detention Center ("MDC") in Los Angeles, California, filed a Complaint with an accompanying request to proceed without prepayment of fees ("Request") and Declaration in Support of Request. [Dkt. Nos. 1-3.] On June 23, 2023, the Court postponed ruling on the Request because it was

incomplete: (1) Plaintiff did not submit a certified copy of a trust fund statement for the last six months; and (2) Plaintiff's Request lacks a certificate of authorized officer. [Dkt, No. 11.] The Court directed him to refile a fully completed Request or pay the full filing fee. [*Id.*] The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. [*Id.*]

To date Plaintiff has not paid the filing fee, refiled his Request, or otherwise responded to the Court's order requiring him to do either.

Accordingly, Plaintiff's Request is DENIED as incomplete, and this action is DISMISSED without prejudice. *See, e.g., Deloza v Chakrabarry*, 2023 WL 3010150, at *1 (C.D. Cal. Apr. 19, 2023) (dismissing § 1983 action where inmate failed to pay full filing fee or file a complete request for *in forma pauperis* status).

IT IS SO ORDERED.

Dated: August 10, 2023.

_____
MICHAEL W. FITZGERALD
United States District Judge